UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-23112-Civ-COOKE/TORRES

EXPORTADORA ATLANTICO, S.A.,

    Plaintiff,

vs.

FRESH QUEST, INC., XELA ENTERPRISES, LTD., TROPIC INTERNATIONAL LTD., FRESH QUEST MELON LLC, AGROEXPORTADORA MUNDIAL, S.A., ALAN GUTTMANN, JUAN G. GUTIERREZ, MARK KOROL, JUAN A. GUTIERREZ, CALVIN SHIELDS and MARIA BOFILL, each individually,

    Defendants.
_____/

## NOTICE OF JOINT MOTIONS

The parties are hereby notified that multiple Plaintiffs or Defendants shall file joint dispositive motions with co-parties unless there are clear conflicts of positions or grounds for relief.

**DONE and ORDERED** in chambers in Miami, Florida this 5th day of August 2016.

_____
MARCIA G. COOKE
United States District Judge

Copies provided to:
*Edwin G. Torres,* U.S. Magistrate Judge
*Counsel of Record*